UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **CV 25-4449-MWF(MBKx)** | Date: August 12, 2025 |
| Title  ***Sayedeh Katayoon Pishro, et al. v. Marco Rubio, et al.*** | |

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE RESPONSE TO COMPLAINT OR APPLICATION FOR CLERK TO ENTER DEFAULT**

A review of the docket in this action reflects that the Complaint was filed on May 16, 2025.  (Docket No. 1).  On June 25, 2025, Plaintiffs filed Proof of Service (the "POS") reflecting service of the Summons and Complaint by certified mail, return receipt requested, on Defendants Marco Rubio, Kristina Kvien, the United States Department of State, the Attorney General of the United States, the Civil Process Clerk of the United States Attorney's Office for the Central District of California, and the Office of Immigration Litigation.  (Docket No. 9).  Using the latest dated certified mail receipt, June 3, 2025, the government's response to the Complaint was due no later than August 4, 2025.

The Court **ORDERS** Plaintiffs to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **AUGUST 29, 2025**.

- By Defendants:  Response to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

  OR

- By Plaintiff:  Application to the Clerk to Enter Default as to properly served Defendants who have not timely responded to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 25-4449-MWF(MBKx)**                                                    Date: August 12, 2025

Title           ***Sayedeh Katayoon Pishro, et al. v. Marco Rubio, et al.***

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **AUGUST 29, 2025**, will result in the dismissal of this action.

     IT IS SO ORDERED.